1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave., Suite B200
   North Tustin, CA 92705
3  PH: 714.783.4220
   FAX: 888.505.1033
4  Pamela.Tsao@ascensionlawgroup.com

5  Attorneys for Plaintiff NGOC LAM CHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual | Case No.: 5:21-cv-03654-VKD |
| Plaintiff, | **[~~PROPOSED~~] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| WONG FAMILY PROPERTY HOLDING, LLC, a limited liability company; | [Hon. Lucy H. Koh presiding] |
| Defendants. | |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action.  Each party shall bear his or its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated January 10, 2022

Hon. ~~Lucy H. Koh~~   William H. Orrick
Judge, United States District Court,
Northern District of California